**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARIF HUDDA, derivatively on behalf of VROOM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PAUL J. HENNESSY, DAVID K. JONES, ROBERT J. MYLOD, JR., SCOTT A. DAHNKE, MICHAEL FARELLO, LAURA W. LANG, LAURA G. O'SHAUGHNESSY, FREDERICK O. TERRELL, and ADAM VALKIN,<br><br>Defendants,<br><br>and<br><br>VROOM, INC.,<br><br>Nominal Defendant. | C.A. No. 24-cv-449-MN |

**JOINT STIPULATION VOLUNTARILY**
**DISMISSING DERIVATIVE ACTION WITHOUT PREJUDICE**

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, Plaintiff Arif Hudda ("**Plaintiff**") and Nominal Defendant Vroom, Inc. ("**Vroom**"), by and through their respective counsel, respectfully request that the Court enter an Order dismissing the above-captioned action without prejudice. In support thereof, the parties state as follows:

WHEREAS, on April 10, 2024, Plaintiff filed a shareholder derivative action purportedly acting on behalf of Vroom, captioned *Hudda v. Paul J. Hennessey et al.*, Case No. 24-cv-449-MN (the "**Action**");

WHEREAS, on May 1, 2024, this Court stayed the Action pursuant to the Stipulation and Order Regarding Stay of Action filed by the parties (D.I. 9);

WHEREAS, on November 13, 2024, Vroom filed a voluntary petition for relief in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*, with the chapter

11 case administered under Case Number 24-90571 (CML);

WHEREAS, on December 18, 2024, this Court issued an order staying the Action pursuant to the automatic bankruptcy stay (D.I. 12);

WHEREAS, on January 8, 2025, the Bankruptcy Court confirmed Vroom's Prepackaged Plan of Reorganization (the "**Plan**"), which included, among other things, a release of all claims asserted in the Action against Vroom's directors and officers, including those against Vroom;

WHEREAS, in light of the release of claims under the Plan, the Action should be dismissed in its entirety and without prejudice.

**RELIEF REQUESTED**

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE and request that the Court enter an Order dismissing this action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, as follows:

1. The above-captioned action is dismissed without prejudice.

2. Each party shall bear their own costs and fees.

3. Rule 23.1 does not require notice to shareholders as there is no collusion and/or risk of prejudice to Vroom shareholders. Further, no payment has been made, nor will one be made, to Plaintiff or his counsel in connection with the dismissal of this Action.

Dated: March 17, 2025

Respectfully submitted,

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

OF COUNSEL:

Timothy Brown
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

Peretz Bronstein
Eitan Kimelman
BRONSTEIN, GEWIRTZ & GROSSMAN LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
Email: eitank@bgandg.com

*Counsel for Plaintiff*

*/s/ Christoper B. Chuff*
Christopher B. Chuff, Esq. (Bar No. 5729)
Emily L. Wheatley (Bar No. 6383)
Tyler R. Wilson (Bar No. 7129)
TROUTMAN PEPPER LOCKE LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6547
Facsimile: (302) 421-8390
Email: chris.chuff@troutman.com
emily.wheatley@troutman.com
tyler.wilson@troutman.com

OF COUNSEL:

Jeff G. Hammel
Jason C. Hegt
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jeff.hammel@lw.com
Email: jason.hegt@lw.com

*Counsel for Defendants and Nominal Defendant*

**SO ORDERED this 18th day of March 2025.**

Maryellen Noreika

**The Honorable Maryellen Noreika**
**United States District Judge**